**Delbert HORN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 75231.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 8, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Delbert Horn ("Movant") appeals from the judgment denying his Rule 24.035 motion to vacate, set aside or correct his judgment and sentence without an evidentiary hearing. We reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(j). An extended opinion would be of no precedential value. We affirm the judgment pursuant to Rule 84.16(b).